UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| CALIFORNIA VALLEY MIWOK TRIBE, a federally-recognized Indian tribe, THE GENERAL COUNCIL, SILVIA BURLEY, RASHEL REZNOR; ANJELICA PAULK; and TRISTIAN WALLACE,<br><br>        Plaintiffs,<br><br>    v.<br><br>SALLY JEWEL, in her official capacity as U.S. Secretary of Interior; LAWRENCE S. ROBERTS, in his official capacity as Acting Assistant Secretary of Interior – Indian Affairs; MICHAEL BLACK, in his official capacity as Director of the Bureau of Indian Affairs,<br><br>        Defendants. | CIV. NO. 2:16-01345 WBS CKD<br><br>ORDER |

----oo0oo----

Plaintiffs' Ex Parte Application seeking to stay the December 30, 2015 decision of the United States Department of

1

1  Interior is DENIED without prejudice to the right of plaintiff to
2  file a noticed motion with a request for an order shortening time
3  for a hearing.
4  Dated:  July 5, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE