UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| CALIFORNIA VALLEY MIWOK TRIBE, a federally-recognized Indian tribe, THE GENERAL COUNCIL, SILVIA BURLEY, RASHEL REZNOR; ANJELICA PAULK; and TRISTIAN WALLACE,<br><br>            Plaintiffs,<br><br>     v.<br><br>SALLY JEWEL, in her official capacity as U.S. Secretary of Interior; LAWRENCE S. ROBERTS, in his official capacity as Acting Assistant Secretary of Interior – Indian Affairs; MICHAEL BLACK, in his official capacity as Director of the Bureau of Indian Affairs,<br><br>            Defendants. | CIV. NO. 2:16-01345 WBS CKD<br><br>ORDER |

----oo0oo----

Plaintiffs' Ex Parte Application seeking an order shortening time to hear their motion set for August 8, 2016

1

1  is DENIED.  Plaintiffs have not made a sufficient showing of
2  necessity for the motion to be heard before August 8, 2016.
3  Dated:  July 14, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE