UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| CALIFORNIA VALLEY MIWOK TRIBE, a federally-recognized Indian tribe, THE GENERAL COUNCIL, SILVIA BURLEY, RASHEL REZNOR; ANJELICA PAULK; and TRISTIAN WALLACE,<br><br>    Plaintiffs,<br><br>  v.<br><br>SALLY JEWEL, in her official capacity as U.S. Secretary of Interior; LAWRENCE S. ROBERTS, in his official capacity as Acting Assistant Secretary of Interior – Indian Affairs; MICHAEL BLACK, in his official capacity as Director of the Bureau of Indian Affairs,<br><br>    Defendants. | CIV. NO. 2:16-01345 WBS CKD<br><br>ORDER |

----oo0oo----

Plaintiffs seek injunctive relief to stay enforcement of the Department of Interior's December 30, 2015 decision

1

involving the long-standing tribal dispute of the California Valley Miwok Tribe.  Pursuant to Federal Rule of Civil Procedure 24, the competing tribal faction seeks to intervene in this action and that motion is set to be heard on September 6, 2016. (Docket No. 19.)  Because the court and parties would benefit from knowing who is a party to this action before hearing oral argument and ruling on plaintiffs' motion to stay, the court will hear plaintiffs' motion to stay after deciding the motion to intervene.

        IT IS THEREFORE ORDERED that the hearing on plaintiffs' motion to stay (Docket No. 10) is continued to October 17, 2016 at 1:30 p.m.  The motion to intervene shall remain set for hearing on September 6, 2016 at 1:30 p.m.

        The court requires personal appearances for oral argument in this case and therefore plaintiffs' request for a telephonic appearance (Docket No. 22) is DENIED.

Dated:  August 18, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE