SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
ROBERT J. URAM, Cal. Bar No. 122956
ruram@sheppardmullin.com
JAMES F. RUSK, Cal. Bar No. 253976
jrusk@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947

Attorneys for THE CALIFORNIA VALLEY MIWOK TRIBE, THE TRIBAL COUNCIL, YAKIMA DIXIE, VELMA WHITEBEAR, ANTONIA LOPEZ, MICHAEL MENDIBLES, GILBERT RAMIREZ, JR., ANTOINETTE LOPEZ, and IVA SANDOVAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA VALLEY MIWOK TRIBE, a federally-recognized Indian tribe, THE GENERAL COUNCIL, SILVIA BURLEY, RASHEL REZNOR; ANGELICA PAULK; and TRISTIAN WALLACE,<br><br>Plaintiffs,<br><br>v.<br><br>S.M.R. JEWELL, in her official capacity as U.S. Secretary of Interior, et al.,<br><br>Defendants. | Case No. 2:16-01345 WBS CKD<br><br>**ORDER GRANTING INTERVENTION**<br><br>Judge: Hon. William B. Shubb<br>Date:  September 6, 2016<br>Time:  1:30 p.m.<br>Courtroom 5 |

Having considered the stipulation of the Parties and proposed Intervenors' Motion to Intervene, and good cause appearing therefor,

IT IS HEREBY ORDERED as follows:

**1.** Proposed Intervenors the California Valley Miwok Tribe, its Tribal Council, Yakima Dixie, Velma WhiteBear, Antonia Lopez, Michael Mendibles, Gilbert Ramirez, Jr., Antoinette Lopez, and Iva Sandoval shall be permitted to intervene in this action as defendants for all purposes pursuant to Federal Rule of Civil Procedure 24.

**2.** Intervenor-Defendants shall file their answer in intervention to Plaintiffs' First Amended Complaint by September 16, 2016.

**3.** The September 6, 2016 motion hearing date is vacated.

IT IS SO ORDERED.

Dated:  August 25, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE