UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA VALLEY MIWOK TRIBE**, a federally-recognized Indian tribe, **THE GENERAL COUNCIL, SILVIA BURLEY, RASHEL REZNOR; ANJELICA PAULK;** and **TRISTIAN WALLACE**<br><br>                Plaintiffs,<br><br>     vs.<br><br>**S.M.R. JEWELL**, in her official capacity as U.S. Secretary of Interior, et al.,<br><br>                Defendants. | Case No.: 2:16-cv-01345-WBS-CKD<br><br>**ORDER CONTINUING SCHEDULING CONFERENCE**<br><br>Hon. William B. Shubb |

Based upon the stipulation of the Parties, and good cause appearing therefore;

**IT IS HEREBY ORDERED** as follows:

1.   The Scheduling Conference presently set for October 11, 2016, at 1:30 p.m. shall be continued **to November 21, 2016, at 1:30 p.m.**  A Joint Status Report shall be filed no later than **November 7, 2016**.

IT IS SO ORDERED.

Dated:  August 25, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER CONTINUING SCHEDULING CONFERENCE                                                    1