JEFFREY H. WOOD
Acting Assistant Attorney General

JODY H. SCHWARZ
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Ph: (202) 305-0245
Fx: (202) 305-0506
jody.schwarz@usdoj.gov

*Attorneys for Federal Defendants*

UNITED STATES FEDERAL DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA VALLEY MIWOK TRIBE, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>S.M.R. JEWELL, Secretary of the UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>Defendants. | No.: 2:16-cv-01345-WBS-CKD<br><br>ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR THE PARTIES TO FILE THE JOINT APPENDIX<br><br>Date: N/A<br>Time: N/A<br>Courtroom No. 5<br>Hon. William B. Shubb |

Having considered the Joint Motion for Extension of Time for the Parties to File the Joint Appendix, and good cause appearing therefor,

IT IS HEREBY ORDERED as follows:

1. The Parties shall filed the joint appendix, including hard copies of excerpts of those portions of the record cited or any pleadings filed in support of the Parties' cross-motions for summary judgment, no later than May 12, 2017.

IT IS SO ORDERED.

Dated: May 9, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE THE JOINT APPENDIX