Manuel Corrales, Jr., Esq. SBN 117647
**ATTORNEY AT LAW**
17140 Bernardo Center Drive, Suite 358
San Diego, California 92128
Tel: (858) 521-0634
Fax: (858) 521-0633
Email: mannycorrales@yahoo.com


Attorney for Plaintiffs
CALIFORNIA VALLEY MIWOK TRIBE,
THE GENERAL COUNCIL, SILVIA BURLEY,
RASHEL REZNOR, ANJELICA PAULK and
TRISTIAN WALLACE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CALIFORNIA VALLEY MIWOK TRIBE**, a federally-recognized Indian tribe, **THE GENERAL COUNCIL, SILVIA BURLEY, RASHEL REZNOR; ANJELICA PAULK;** and **TRISTIAN WALLACE**<br><br>          Plaintiffs,<br><br>     vs.<br><br>**RYAN ZINKE**, in his official capacity as U.S. Secretary of Interior, et al.,<br><br>          Defendants,<br><br>**THE CALIFORNIA VALLEY MIWOK TRIBE**, et al.<br><br>          Intervenor-Defendants. | Case No.: 2:16-cv-01345-WBS-CKD<br><br>**NOTICE OF APPEAL**<br><br><br><br><br>Judge: Hon. William B. Shubb |

NOTICE IS HEREBY GIVEN that Plaintiffs California Valley
Miwok Tribe, the General Council, Silvia Burley, Rashel Reznor,
Angelica Paulk, and Tristan Wallace, hereby appeal the above-
named case to the United States Court of Appeals for the Ninth
Circuit from (1) the judgment entered on June 1, 2017; and (2)

the Memorandum and Order Re: Cross-Motions for Summary Judgment
filed on June 1, 2017.

DATED: June 21, 2017

_____
Manuel Corrales, Jr., Esq.
Attorney for Plaintiffs
CALIFORNIA VALLEY MIWOK
TRIBE, THE GENERAL COUNCIL,
SILVIA BURLEY, RASHEL REZNOR,
ANJELICA PAULK and TRISTIAN
WALLACE

## CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Paulk, et al. v. Jewell, et al.** | No. | **2:16-cv-01345-WBS-CKD** |

I hereby certify that on June 22, 2017, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

      1.      **NOTICE OF APPEAL**

I, the undersigned, declare that I am over the age of 18 years and not a party to this action; I am employed in, and am a resident of, the County of San Diego, California. My business address is 17140 Bernardo Center Drive, Suite 358, San Diego, California 92128.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I caused the foregoing documents to be served in the manner indicated below on the following persons:

## <u>PERSONS SERVED</u>

(Served by electronic mail):

| | |
|---|---|
| Robert J. Uram, Esq. | |
| James F. Rusk, Esq. | Jody H. Schwarz |
| Sheppard Mullin Richter & Hampton LLP | U.S. Department of Justice |
| Four Embarcadero Center, 17th Floor | Environmental and Natural Resources Division |
| San Francisco, CA 94111 | Natural Resources Section |
| Tel: (415) 434-9100 | P.O. Box 7611 |
| Fax: (415) 434-3947 | Washington, DC 20044-7611 |
| RUram@sheppardmullin.com | Tel: (202) 305-0245 |
| jrusk@sheppardmullin.com | Fax: (202) 305-0506 |
| (Attorney for Yakima Dixie Faction, et al. in CVMT v. Jewell, Case No. 1:11-cv-00160-RWR) | Jody.schwarz@usdoj.gov |
| | (Attorney for Defendants Sally Jewell, Lawrence Roberts and Michael Black) |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 22, 2017 at San Diego, California.

                                     */s/    Heather Skanchy*
                                       HEATHER SKANCHY